UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

------------------------------------------------------------------------ x
DANIEL LEDBETTER, JAMESETTA WOODS, :
KARL WOODS, AND SONDRA YOUNG, : Civ. Action No. 12-CV-00278
: (GAF)
               Plaintiffs, :
:
     v. : **ORAL ARGUMENT**
                                    **REQUESTED**
:
JRK RESIDENTIAL AMERICA, LLC :
:
               Defendant. :
------------------------------------------------------------------------ x

## **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant JRK Residential America, LLC ("**JRK**"), pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully requests that this Court grant Defendants judgment on the pleadings dismiss Plaintiffs' Complaint in its entirety, with prejudice. In support of its Motion, Defendant respectfully refers the Court to Defendant's Suggestions in Support of Its Motion for Judgment on the Pleadings, which is being filed contemporaneously with this Motion.

JRK respectfully requests that the Court schedule oral argument on this Motion.

WHEREFORE, for the foregoing reasons and for the reasons more fully set forth in Defendant's Suggestions in Support of Its Motion for Judgment on the Pleadings, Defendant JRK Residential America, LLC respectfully requests that this Court dismiss Plaintiffs' Complaint in its entirety, with prejudice.

Dated August 3, 2012                                   Respectfully submitted,

                                                                     /s/ Jonathan L. Sulds

Rodney A. Harrison, MO #44566         Jonathan L. Sulds (*admitted pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK &   GREENBERG TRAURIG, LLP
STEWART, P.C.                                     200 Park Avenue
7700 Bonhomme Avenue, Suite 650       New York, New York 10166
St. Louis, Missouri 63105                         Telephone: (212) 801-9200
Telephone: (314) 802-3935                      Facsimile: (212) 801-6400

Facsimile: (314) 802-3936  
Rodney.Harrison@ogletreedeakins.com

Patrick F. Hulla, MO #41745  
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.  
4717 Grand Avenue, Suite 300  
Kansas City, MO 64112  
Telephone: (816) 471-1301  
Facsimile: (816) 471-1303  
patrick.hulla@ogletreedeakins.com

suldsj@gtlaw.com

Justin F. Keith (*admitted pro hac vice*)  
GREENBERG TAURIG, LLP  
One International Place  
Boston, MA 02110  
Telephone: (617) 310-6230  
Facsimile: (617) 897-0930  
keithj@gtlaw.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 3rd day of August, 2012, the foregoing document was filed on the Court's ECF system and will be sent via operation of that system to: Kathryn S. Rickley and Matthew E. Osman, Osman & Smay LLP, 7930 Santa Fe Drive, Suite 100, Overland Park, KS 66204, Attorneys for Plaintiffs.

/s/ Jonathan L. Sulds  
ATTORNEY FOR DEFENDANT

2